**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00151-CR**
_____

**BRADLEY JOSEPH PRUITT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 356th District Court**
**Hardin County, Texas**
**Trial Cause No. 25286**

**ORDER**

A jury found Bradley Joseph Pruitt guilty of aggravated assault of a public servant and assessed Pruitt's punishment at ninety-nine years of imprisonment and assessed a $10,000 fine. *See* Tex. Penal Code Ann. § 22.02(a)(1), (b)(2)(B).

Bradley Joseph Pruitt's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex.

1

Crim. App. 1978). On December 13, 2021, we notified Pruitt that he could file a *pro se* response on or before February 22, 2022. Pruitt did not file a response.

Our review of the record reveals arguable grounds exist to support a merits-based argument that the trial court erred by including an order of restitution in the written judgment. *See Burt v. State*, 445 S.W.3d 752 (Tex. Crim. App. 2014). Having found arguable error, we must remand the case to the trial court for appointment of new counsel to brief this and any other issues counsel shall determine merit appellate review. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991).

It is, therefore, ordered that the appeal is abated and the cause is remanded to the trial court for appointment of new counsel for the appellant, Bradley Joseph Pruitt. A supplemental clerk's record containing the order appointing new counsel shall be filed with the Court by April 18, 2022. The brief of the appellant shall be due thirty days after the appeal is reinstated. The State's brief shall be due thirty days after the appellant's brief is filed. We remove the case from the submitted docket. The appeal will be re-submitted after the briefs on the merits have been filed.

ORDER ENTERED March 18, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Johnson, JJ.